UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUG BOND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

UWM HOLDINGS CORPORATION, MATTHEW ISHBIA, and RAMI HASANI,

Defendants.

Case No. 2:26-cv-12862

Hon. Brandy R. McMillion

Magistrate Judge Anthony P. Patti

---

**APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Thomas J. Davis of Kienbaum Hardy Viviano Pelton & Forrest, P.L.C., hereby enters his appearance on behalf of Defendants in the above-captioned matter.

Dated: September 11, 2026

Respectfully submitted,

*/s/ Thomas J. Davis*

Thomas J. Davis (P78626)
KIENBAUM HARDY
VIVIANO PELTON & FORREST, P.L.C.
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
tdavis@khvpf.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

*/s/ Jill A. Hall*
Jill A. Hall