**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DOUG BOND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

UWM HOLDINGS CORPORATION, MATHEW ISHBIA, and RAMI HASANI,

Defendants.

Case No. 2:26-cv-12862

Hon. Brandy R. McMillion

Magistrate Judge Anthony P. Patti

**STIPULATED ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

WHEREAS, on August 13, 2026, Plaintiff filed the Complaint in the above-captioned action (the "Action"), a putative class action arising under the Securities Exchange Act of 1934 and governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, against Defendants;

WHEREAS, pursuant to Section 21D(a)(3)(A)(i) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), Plaintiff issued notice to putative class members on August 14, 2026;

WHEREAS, Defendants' response to the Complaint is currently due on or before September 15, 2026;

WHEREAS, pursuant to the PSLRA, any motion to serve as lead plaintiff

must be filed no later than October 13, 2026;

WHEREAS, once selected, the lead plaintiff will identify an operative complaint or file an amended complaint that becomes the operative complaint;

WHEREAS, the parties agree that, in the interests of judicial economy, conservation of time and resources, and orderly management of the Action, no response to any pleading in this Action should occur until after the Court appoints a lead plaintiff and lead counsel pursuant to the PSLRA and an operative complaint is designated or an amended complaint is filed; and

WHEREAS, Plaintiff has agreed to extend the deadline by which Defendants must answer, move, or otherwise respond to the Complaint;

**IT IS HEREBY ORDERED:**

(1) Defendants need not respond to the current Complaint;

(2) Within fourteen (14) days after entry of an order by this Court appointing a lead plaintiff(s) in this Action pursuant to the PSLRA, the lead plaintiff(s) and Defendants will meet and confer and propose to the Court a schedule for the designation of an operative complaint or filing of an amended pleading and the filing of Defendants' response(s) to the operative complaint whether by motion or otherwise.

**IT IS SO ORDERED.**

Dated: September 14, 2026

s/Brandy R. McMillion
Honorable Brandy R. McMillion
United States District Judge

**ANTHONY L. DELUCA, PLC**

By: *Anthony L. DeLuca*
*(by permission)*
Anthony L. DeLuca (P64874)
Grand Marais Professional Centre
14950 E. Jefferson Avenue, Suite 170
Grosse Pointe Park, MI 48230
T: (313) 821-5905
F: (313) 821-5906
anthony@aldplc.com

**GLANCY PRONGAY WOLKE & ROTTER LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: (310) 201-9150
F: (310) 201-9160
clinehan@glancylaw.com

Rebecca Dawson
745 5th Ave., 5th Floor
New York, NY 10151
T: (212) 521-8007
F: (212) 884-0988
rdawson@glancylaw.com

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
2121 Ave. of the Stars, Ste. 800
Century City, CA 90067
T: (310) 914-5007

**KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C.**

By: */Thomas J. Davis*
Joseph E. Viviano (P60378)
Thomas J. Davis (P78626)
280 N. Old Woodward, Ste. 400
Birmingham, MI 48009
T: (248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com

**O'MELVENY & MYERS LLP**
David Marroso
1999 Ave. of the Stars, 8th Floor
Los Angeles, CA 90067
T: (310) 553-6700
dmarroso@omm.com

Jonathan Rosenberg
Asher Rivner
1301 Ave. of the Americas, Ste 1700
New York, New York 10019
T: (212) 326-2000
jrosenberg@omm.com
arivner@omm.com

Amy S. Park
Jolie Leung
2765 Sand Hill Road
Menlo Park, CA 94025
T: (650) 473-2600
apark@omm.com
jolieleung@omm.com

(admissions applications for O'Melveny & Myers counsel forthcoming)

*Counsel for Plaintiff Doug Bond*

Dated: September 11, 2026

*Counsel for Defendants UWM Holdings Corporation, Mathew Ishbia, and Rami Hasani*

Dated: September 11, 2026