**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| DOUG BOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UWM HOLDINGS CORPORATION, MATHEW ISHBIA, and RAMI HASANI,<br><br>Defendants. | Case No. 2:26-cv-12862<br><br>CLASS ACTION<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Anthony P. Patti |

**NOTICE OF NON-OPPOSITION OF JOSEP VICENT SALA SISCAR**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Movant Josep Vicent Sala Siscar hereby files this Notice of Non-Opposition, as it appears that certain movants have asserted larger financial interests in this litigation and are therefore the presumptive lead plaintiff under the Private Securities Litigation Reform Act of 1995, 15 U.S.C §78u-4(a)(3)(B)(iii).

This Non-Opposition does not affect Mr. Sala Siscar's membership in the proposed class, his right to share in any class recovery, or his ability to serve as a representative party should the need arise. Mr. Sala Siscar remains willing and able to serve as Lead Plaintiff if necessary.

DATED: October 19, 2026

Respectfully Submitted,

*/s/ Paul F. Novak*
Paul F. Novak (P39524)
Gregory Stamatopoulos (P74199)
WEITZ & LUXENBERG P.C.
The Fisher Building
3011 W. Grand Boulevard, Floor 24
Detroit, MI 48202
Telephone: (313) 800-4170
Fax: (646) 293-7992
pnovak@weitzlux.com
gstamatopoulos@weitzlux.com

*Local Counsel*

GIRARD SHARP LLP
Adam E. Polk
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com

*Counsel for Movant Josep Vicent Sala Siscar*